that the articles in question are properly classifiable as nonenumerated manufactured articles, as claimed. We do not agree with plaintiff's contention.

At the outset, it should be emphasized that the present case is not on all fours with the *B. Shackman & Company et al.* case, *supra*. In that case, the merchandise consisted of polystyrene paper weights which the collector classified, by similitude, as articles of glass, blown or partly blown in the mold. Plaintiff made two claims, i. e., as articles of cellulose acetate, by similitude; or, nonenumerated manufactured articles. In the present case, the collector classified this merchandise, by similitude, as articles of cellulose acetate, and plaintiff seeks classification as nonenumerated manufactured articles. Our decision, Abstract 61155, *supra*, follows the reasoning applied and the conclusion reached in the *B. Shackman & Company et al.* case, *supra*, so far as it affects the particular issue presented herein. Plaintiff, in its argument for rehearing, points to the phase of the cited case, relating to the collector's classification as articles of glass, blown or partly blown in the mold, and the claim for classification as nonenumerated manufactured articles. That issue is not before us, and the discussion with reference thereto in the incorporated case has no bearing on the outcome of the present case.

An ORDER will issue denying plaintiff's motion for rehearing.

**No. 61257.**—Henry C. Schaerf Corp. *v.* United States, protest 239413–K.— Plaintiff's application for rehearing denied.

**No. 61258.**—Brush & Weaving Hair Mfg. Co. *v.* United States, protest 238745–K.—Protest abandoned August 23, 1957. (Not published.) Plaintiff's application for rehearing granted.

OCTOBER 9, 1957

**No. 61259.**—SUIT 4884.—F. W. Myers & Co., Inc. *v.* United States.— —Abstract 59756 affirmed June 10, 1957. C. A. D. 660.

OCTOBER 10, 1957

**No. 61260.**—SUIT 4888.—United States *v.* Hercules Antiques and The Danwill Company.— —Abstract 59910 reversed June 25, 1957. C. A. D. 662.

BEFORE THE FIRST DIVISION, OCTOBER 15, 1957

**No. 61261.**—Ducaire Import Co. et al. *v.* United States, protests 230748–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of